**Order entered January 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00306-CR

**KAREN PATRICIA BOWIE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81418-2011**

## ORDER

The Court **REINSTATES** the appeal.

On January 6, 2014, we granted the motion of William L. Schultz to withdraw as counsel and ordered the trial court to appoint new counsel to represent appellant in the appeal. We have received the trial court's order appointing Jessie R. Allen as appellant's new attorney. We **DIRECT** the Clerk to add Jessie R. Allen as appellant's appointed attorney of record.

We **ORDER** appellant to file her brief by **MARCH 14, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE